| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

TIMOTHY RAY ROBINSON,　　　　　§
　　　　　　　　　　　　　　　　§
　　　　Plaintiff,　　　　　　　　§
　　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　　§　CIVIL ACTION NO. 1:18-CV-376
　　　　　　　　　　　　　　　　§
NURSE CHRIS,　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　Defendant.　　　　　　　§

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Timothy Ray Robinson, formerly an inmate at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C §1983. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge dismissing this lawsuit for failure to state a claim upon which relief may be granted.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions set forth in the Report are correct and the Report of the magistrate judge is ADOPTED. An appropriate final judgment will be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 30th day of May, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE